IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VICKY CUMMINS                                                                                            PLAINTIFF

vs.                                           Civil No. 2:22-cv-02151

KILOL KIJAKAZI                                                                                           DEFENDANT
Commissioner, Social Security Administration

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant's Motion to Remand.  ECF No. 17.  Plaintiff has no objections to this Motion.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so the Commissioner can conduct further proceedings.  ECF No. 17.  Plaintiff does not oppose the granting of this Motion.  *Id.*

Based upon the foregoing, this Court recommends Defendant's Unopposed Motion to Remand (ECF No. 17) be **GRANTED,** and Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are**

reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 21st day of March 2023.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE