UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VICKY CUMMINS                                                                                          PLAINTIFF

v.                                              No. 2:22-cv-02151

SOCIAL SECURITY ADMINISTRATION COMMISSIONER                            DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 18) from United States Magistrate Judge Barry Bryant.  The Magistrate Judge recommends that the matter be remanded to the Social Security Administration for further administrative action.  Though the parties have 14 days to file objections to the report and recommendation, neither party disputes that this matter should be remanded (Doc. 17).  After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment will entered be accordingly.

IT IS SO ORDERED this 21st day of March, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE