**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

VICKY CUMMINS                                                                    PLAINTIFF

V.                                            CASE NO. 2:22-CV-2151

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

**<u>ORDER</u>**

The Court has received proposed findings and recommendations (Doc. 24) from United States Magistrate Judge Barry A. Bryant. There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 21) be GRANTED and finds that Plaintiff is entitled to an award under the EAJA in the total amount of **$ 5,669.00**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.  Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528 (2010), the EAJA award should be made payable to Plaintiff, but may be mailed to Plaintiff's counsel.

IT IS SO ORDERED this May 15, 2023.


*/s/ P. K. Holmes* III
P. K. HOLMES III
U.S. DISTRICT JUDGE